AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.

Kenneth Burns
#69075-065

*Defendant*

Case No. 3:22-cr-00396-AN-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kenneth Burns ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

**Failure to appear for July 7, 2026 sentencing hearing.**

ORDER: YOU ARE HEREBY COMMANDED to arrest **Kenneth Burns.**

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

Date: July 7, 2026

Adrienne Nelson
*Issuing officer's signature*

City and state: Portland, Oregon

U.S. District Judge Adrienne Nelson
*Printed name and title*

**Return**

This warrant was received on *(date)* 7/7/2026 , and the person was arrested on *(date)* 10-15-2026
at *(city and state)* Vancouver, WA .

Date: 10-15-2026

*Arresting officer's signature*

Vincent Buford
*Printed name and title*

2